UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELL HERNANDEZ, an individual; ERICKA HERNANDEZ, an individual; MDH, a minor by his Guardian ad Litem Ericka Hernandez; and EULALIA HERNANDEZ, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>ROSIE BERNAL, an individual; ROBERT LOVE, an individual; MINDY L. CAONG, an individual; VALERIE DIPRIMA, an individual,<br><br>Defendants. | CASE NO.: 2:24-CV-01217-TLN-JDP<br><br>**ORDER ON MOTION TO APPOINT ERICKA HERNANDEZ AS GUARDIAN AD LITEM FOR PLAINTIFF MDH** |

This matter is before the Court on Plaintiff's Motion to Appoint Guardian *Ad Litem* for MDH. (ECF No. 4.) After reviewing the motion and supporting evidence, and having met the requirements of F.R.C.P. 17(c)(2) and Local Rule 202(a)(2), the Court hereby GRANTS the motion and ORDERS as follows:

The Court finds MDH is a minor who has no other appointed representative or guardian; and who requires the appointment of a representative or guardian *ad litem* to maintain this action.

Good cause appearing in the motion, ERICKA HERNANDEZ is appointed guardian *ad litem* of plaintiff MDH for all purposes in connection with this action.

1   IT IS SO ORDERED.

2  **Date: July 22, 2024**

Troy L. Nunley
United States District Judge