ROB BONTA, State Bar No. 202668
Attorney General of California
CASSANDRA J. SHRYOCK, State Bar No. 300360
Supervising Deputy Attorney General
PAUL KOZINA, State Bar No. 260339
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9317
 Fax:  (619) 645-2061
 E-mail:  Paul.Kozina@doj.ca.gov
*Attorneys for Defendants*
*R. Love, R. Bernal, V. Breckner and M. Caong*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARTELL HERNANDEZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROSIE BERNAL, et al.,**<br><br>Defendants. | 2:24-cv-01217-TLN-JDP<br><br>**JOINT STIPULATION TO AMEND DISCOVERY DEADLINE; ORDER**<br><br>Judge: The Honorable Troy L. Nunley<br>Action Filed: April 25, 2024 |

Whereas the parties are cooperating with each other in the discovery process, written discovery is still pending, and depositions of both lay and expert witnesses are still to be taken, the parties request additional time to complete discovery beyond the time allowed by the Court's Initial Pretrial Scheduling Order (ECF No. 3), currently set for August 21, 2025.

Therefore, Plaintiffs Martell Hernandez, Ericka Hernandez, Eulia Hernandez, and MDH, and Defendants Love, Bernal, Breckner, and Caong, by and through their counsel of record, hereby stipulate, and request the Court's approval, to modify the original discovery deadline from August 21, 2025 to March 1, 2026, the date proposed in the parties' Joint Proposed Discovery Plan. (ECF No. 15).

1

Joint Stip. To Amend Disc. Deadline; Order (2:24-cv-01217-TLN-JDP)

| | | |
|---|---|---|
| 1 | Dated: March 20, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | CASSANDRA J. SHRYOCK |
| | | Supervising Deputy Attorney General |

*/s/ Paul Kozina*

PAUL KOZINA
Deputy Attorney General
*Attorneys for Defendants*
*Love, Bernal, Breckner and Caong*

Dated: March 20, 2025                          Respectfully submitted,

LAW OFFICES OF CLAUDIA C. BOHORQUEZ

*/s/ CB*

CLAUDIA C. BOHORQUEZ
*Attorneys for All Plaintiffs*

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

The deadline for completing fact discovery, as defined in this Court's April 29, 2024 Order (ECF No. 3), is modified to March 1, 2026.

IT IS SO ORDERED.

Dated: March 21, 2025                    _____
                                          Troy L. Nunley
                                          Chief United States District Judge

2

Joint Stip. To Amend Disc. Deadline; Order (2:24-cv-01217-TLN-JDP)