IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MARTELL HERNANDEZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROSIE BERNAL, et al.,**<br><br>Defendants. | Case No. 2:24-cv-01217-TLN-JDP<br><br>**ORDER GRANTING PARTIES' THIRD JOINT STIPULATION TO AMEND DISCOVERY DEADLINE** |

Defendants R. Love, R. Bernal, V. Breckner, and M. Caong and Plaintiffs Martell Hernandez, Ericka Hernandez, Eulia Hernandez, and MDH moved to extend the discovery cutoff before the deadline passed. Having read and considered Defendants' stipulated administrative motion and the declaration of Defendants' counsel supporting the motion, and good cause appearing, the parties' third joint stipulation is **GRANTED**. The following deadlines are extended 180 days, as follows:

| Event | New Date/Deadline |
|---|---|
| Close of Fact Discovery | January 28, 2027 |
| Initial Expert Disclosures | March 29, 2027 |

1

| Rebuttal Expert Disclosures | April 28, 2027, or 30-days after initial expert disclosures, whichever is earlier |
|---|---|
| Supplemental Disclosures and Responses | June 28, 2027 |
| Dispositive Motions | July 27, 2027 |

Dated:  July 7, 2026

_____
Troy L. Nunley
Chief United States District Judge